**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                               **CRIMINAL ACTION NO.: 3:13-CR-03-03
(JUDGE GROH)**

**CHARLOTTE M. JENKINS,**

    Defendant.

**ORDER DENYING MOTION REQUESTING CREDIT FOR TIME SERVED**

On September 2, 2014, the the *pro se* Defendant, Charlotte M. Jenkins, filed a letter requesting credit for time served. ECF 136. Defendant alleges that the Bureau of Prisons ("BOP") incorrectly listed her start date for credit as January 7, 2014 rather than November 18, 2013.

This Court sentenced Defendant on November 18, 2013. However, following a federal conviction and sentencing, the United States Attorney General, acting through the BOP, is responsible for calculating the inmate's term of confinement, including a determination of when the sentence commences and credit for time served. United States v. Wilson, 503 U.S. 329, 334 (1992); see United States v. Patrick, No. 12-4488, 2013 WL 117804, *2 (4th Cir. Jan. 10, 2013). Additionally, federal regulations provide prisoners administrative review of the computation of their credits. Wilson, 503 U.S. at 335. Therefore, prisoners may seek judicial review of these computations after exhausting their administrative remedies. Id.

In this case, Defendant has presented no evidence or even alleged that she has

exhausted his administrative remedies in regards to her request for credit for time served. Therefore, Defendant's motion for credit for time served is **DENIED WITHOUT PREJUDICE**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record and/or *pro se* parties.

**DATED:** September 4, 2014

GINA M. GROH
UNITED STATES DISTRICT JUDGE